1   MARK J. HANNON SBN: 107829
    Attorney At Law
2   1114 W. Fremont St.
    Stockton, California, 95203
3   Telephone: (209) 942-2229
    Facsimile: (209) 942-3973
4   Attorney for Plaintiff

5

6

7            **IN THE UNITED STATES DISTRICT COURT,**

8          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10  GEORGE WAYNE ANDERSON              )
                                       )    Case No. 2:09-cv-03416-CMK
11                                     )
               Plaintiff,              )    STIPULATION AND
12                                     )    ORDER EXTENDING PLAINTIFF'S
          vs.                          )    TIME TO FILE A MOTION FOR
13                                     )    SUMMARY JUDGMENT
                                       )
14  MICHAEL J. ASTRUE                  )
    Commissioner of Social Security    )
15                                     )
               Defendant.              )
16  _____)

17

18      IT IS HEREBY STIPULATED by and between the parties, through their respective

19  undersigned attorneys, with the permission of the Court as indicated below, that Plaintiff's time to

20  file a motion for summary judgment is hereby extended from the present due date of June 5, 2010,

21  to a new filing date of July 5, 2010.

22      Plaintiff needs additional time to prepare the motion for summary judgment. Plaintiff is a sole

23  practitioner and has an active case load of over one hundred bankruptcies. This case was pending

24  in the Social Security Appeals Council for 20 months and additional time is required to review. This

25  is plaintiff's first request for an extension.

26      For the above stated reasons, the parties request that the Court grant the requested extension.

27  This is the first request to extend Plaintiff's deadline to file a motion for summary judgment.

28  DATED: May 24, 2010                    ___/s/ Mark J Hannon_____
                                           MARK J HANNON
                                           Attorney for Plaintiff

1

2                                        LUCILLE GONZALES, MEIS
                                         Chief Counsel, Region IX
3

4   DATED: May 24, 2010                  By:_/s/ *Timothy R. Bolin*_____
                                         TIMOTHY R. ROLIN
5                                        Special Assistant United States Attorney
                                         Social Security Administration
6

7

8
    OF COUNSEL:
9
    BENJAMIN B. WAGNER
10  UNITED STATES ATTORNEY

11  BOBBIE J. MONTOYA
    Assistant U.S. Attorney
12
                                         Attorneys for Defendant
13

14

15                              ORDER

16
            For good cause shown, the requested extension of Plaintiff's time to file a motion
17
    for summary judgment in Anderson v Asrue, 2:09-cv-03416-CMK, is hereby approved.
18
    Plaintiff shall file his motion for summary judgment by July 6, 2010, as July 5, 2010, is a holiday.
19

20

21          SO ORDERED.

22
     DATED:  May 28, 2010
23

24                                       CRAIG M. KELLISON
                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28